IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS MARIO SMITH, II,

    Petitioner,

v.                                                                            CASE NO. 5:15-cv-21-RS-GRJ

UNITED STATES OF AMERICA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

On April 16, 2015, the Court ordered Petitioner to show cause on or before May 18, 2015, as to why he failed to file an Amended Petition as ordered by the Court and failed to provide the Court with a current address.  Petitioner was warned that failure to comply would result in a recommendation that this case be dismissed without further notice.  Doc. 11.  As of the date this date, Petitioner has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS**  this 21st day of May 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.