IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS MARIO SMITH, II,

    Petitioner,

v.                                                Case No.  5:15cv21-MW/GRJ

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No.12. Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with an order of the Court and failure to prosecute." The Clerk shall close the file.

SO ORDERED on July 10, 2015.

                                                  s/Mark E. Walker          
                                                  **United States District Judge**